# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE E. FELDMAN,** | : | |
| Appellant | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | **2:14-CV-5267-CDJ** |
| **AMERICAN ASSET FINANCE, LLC,** | : | |
| Appellee | : | |

## ORDER

AND NOW, this 14th day of July, 2015, it is hereby **ORDERED** that the judgment of the Bankruptcy Court is **VACATED** and this matter **REMANDED** for further proceedings consistent with the Court's opinion.

BY THE COURT:


/s/ C. Darnell Jones, II  J.
C. DARNELL JONES, II  J.